# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARX FORD, et al., | Case No. 1:21-cv-00871-NONE-SAB |
| Plaintiffs, | ORDER REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING |
| v. | SEVEN DAY DEADLINE |
| REDWOOD SPRINGS HEALTHCARE CENTER, et al., | |
| Defendants. | |

On April 7, 2021, this action was filed in the Tulare County Superior Court. (ECF No. 1-3.) Defendants were served with the summons and complaint on April 29, 2021. (ECF No. 1 at 4.) On June 1, 2021, Defendants removed the action to the Eastern District of California. (Id.)

Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2)."

/ / /

/ / /

1

Defendants' notice of removal does not include an answer filed in the state court. Accordingly, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading within **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**June 2, 2021**__

UNITED STATES MAGISTRATE JUDGE