# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARX FORD, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:21−cv−00871−NONE−SAB<br><br>ORDER ON STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT<br><br>(ECF No. 5) |

　　　　On June 1, 2021, Defendants removed this matter from the Tulare Court Superior Court to the Eastern District of California. (ECF No. 1.) On June 2, 2021, an order issued requiring Defendants to file a responsive pleading within seven days. (ECF No. 4.) On June 4, 2021, the parties filed a stipulation to extend time for Defendants to respond to the complaint. (ECF No. 5.)

　　　　The stipulation states that Defendants intend to file a motion to dismiss and motion to strike and Plaintiffs intend to file a motion to remand. Defendants seek to file their motion to dismiss and motion to strike after the Court issues a decision on the motion to remand.

　　　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.　　　　Plaintiffs motion to remand shall be filed on or before **July 1, 2021**;

2.　　　　Defendants shall file a response to the complaint within **ten (10) days** after the filing of an order deciding Plaintiff's motion to remand or, if no motion to remand is filed, on or before **November 30, 2021**;

1

3. The scheduling conference set for July 29, 2021 is CONTINUED to **January 6, 2022, at 10:00 a.m.** in Courtroom 9; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**June 7, 2021**__

UNITED STATES MAGISTRATE JUDGE