1  Warren R. Paboojian, No. 128462
   wrp@bplaw-inc.com
2  Jason S. Bell, No. 213234
   jsb@bplaw-inc.com
3  BARADAT & PABOOJIAN, INC.
   720 West Alluvial Avenue
4  Fresno, California 93711
   Telephone: (559) 431-5366
5  Facsimile: (559) 431-1702

6  Attorneys for Plaintiffs
   MARX FORD, individually
7  and as Successor in Interest to the
   Estate of Gennie Price, deceased;
8  RODNEY FORD; MARVIN FORD;
   and MORRIS FORD

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARX FORD, individually and as Successor in Interest to the Estate of Gennie Price, deceased; RODNEY FORD; MARVIN FORD; and MORRIS FORD,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No. 1:21-cv-00871-NONE-SAB<br><br>**NOTICE OF MOTION TO REMAND**<br><br><u>**HEARING:**</u><br><br>**DATE**: August 5, 2021<br>**TIME**: 9:30 a.m.<br>**COURTROOM**: 4 |

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Notice is hereby given that on August 5, 2021, at 9:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 4 of the above entitled Court, Plaintiffs, MARX FORD, individually and as Successor in Interest to the Estate of Gennie Price, deceased, RODNEY FORD; MARVIN FORD and MORRIS FORD, will move, and hereby do move, this Court for an Order to Remand this action to the Tulare County Superior Court.

　　This Motion is made pursuant to 28 U.S.C. § 1447(c), because this Court lacks subject matter jurisdiction and no other basis for federal jurisdiction exists.

1  This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities served
2  and filed herewith, the Proposed Order, all records and papers on file in this action, and any other
3  evidence the Court may consider in ruling on this Motion.

4  This Motion follows meet and confer efforts, including letters and telephone calls between
5  counsel regarding jurisdiction and the Plaintiffs' intent to seek remand of this action. Accordingly,
6  moving parties have complied with the Court's Standing Order to meet and confer. (Doc. 2-1.)

7  Dated: July 1, 2021                                BARADAT & PABOOJIAN, INC.

                                                     By:    /s/ Warren R. Paboojian
                                                            Warren R. Paboojian
                                                            Jason S. Bell
                                                            Attorneys for Plaintiffs
                                                            MARX FORD; RODNEY FORD;
                                                            MARVIN FORD; and MORRIS FORD