Warren R. Paboojian, No. 128462
wrp@bplaw-inc.com
Jason S. Bell, No. 213234
jsb@bplaw-inc.com
BARADAT & PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, California 93711
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for Plaintiffs
MARX FORD, individually
and as Successor in Interest to the
Estate of Gennie Price, deceased;
RODNEY FORD; MARVIN FORD;
and MORRIS FORD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARX FORD, individually and as Successor in Interest to the Estate of Gennie Price, deceased; RODNEY FORD; MARVIN FORD; and MORRIS FORD,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00871-NONE-SAB<br><br>**PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**<br><br>**HEARING:**<br><br>**DATE**: August 5, 2021<br>**TIME**: 9:30 a.m.<br>**COURTROOM**: 4 |

Upon consideration of the papers filed by the parties, the Court finds that:

1. Defendants have failed to carry their burden of establishing that the case is removable under the Federal Officer removal statute (28 U.S.C. § 1442(a)(1)).

2. Defendants have also failed to carry their burden of proving that the case is removable pursuant to the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d, 247d-6e (West 2020) (hereinafter the "PREP Act"). The Court finds there is no "federal question" subject matter jurisdiction in this Court (28 U.S.C. § 1331).

///

3. The Court declines to exercise jurisdiction over the case as an "important federal question."

IT IS HEREBY ORDERED that this action is immediately remanded to the Superior Court of the State of California, City and County of Tulare, where the action was originally filed as Case No. 286614.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE