William C. Wilson, SBN: 149683
bwilson@wilsongetty.com
Kim S. Cruz, SBN: 177406
kcruz@wilsongetty.com
Ryan G. Canavan, SBN: 313990
rcanavan@wilsongetty.com
Evan J. Topol, SBN: 274932
etopol@wilsongetty.com
WILSON GETTY LLP
12555 High Bluff Drive, Suite 270
San Diego, California 92130
Telephone:    858.847.3237
Facsimile:    858.847.3365

Attorneys for Defendant SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER (erroneously sued and served as REDWOOD SPRINGS HEALTHCARE CENTER and SPRUCE HOLDINGS, LLC)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARX FORD, individually and as Successor in Interest to the Estate of Gennie Price, deceased; RODNEY FORD; MARVIN FORD; and MORRIS FORD,<br><br>Plaintiffs,<br><br>vs.<br><br>REDWOOD SPRINGS HEALTHCARE CENTER; SPRUCE HOLDINGS, LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:21−CV−00871−NONE−SAB<br><br>[Removal from Superior Court of California, County of Tulare Case No. VCU286614]<br><br>**DECLARATION OF KIM S. CRUZ IN SUPPORT OF DEFENDANT SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>U.S. Magistrate Judge: Stanley A. Boone<br><br>Hearing Date: August 5, 2021<br>Hearing Time: 9:30 a.m.<br>Courtroom: Courtroom 4 |

I, Kim S. Cruz, hereby declare:

1.   The following is of my own personal knowledge and if called to testify thereto, I could and would do so competently. I am an attorney at law, duly licensed to practice in the State of California. I am an associate attorney at Wilson Getty LLP, attorneys of record for Defendant, SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER

2.   A true and correct copy of Plaintiff's Complaint is attached to Defendant's Request for Judicial Notice as Exhibit "A".

3. A true and correct copy of the Declaration of Public Health Emergency for the 2019 Novel Coronavirus by the Health and Human Services Secretary is attached to Defendants' Request for Judicial Notice as Exhibit "B".

4. A true and correct copy of the Proclamation of State of Emergency in California by Governor Newsom is attached to Defendants' Request for Judicial Notice as Exhibit "C".

5. A true and correct copy of the Statement by World Health Organization Director declaring that COVID-19 can be characterized as a global pandemic is attached to Defendants' Request for Judicial Notice as Exhibit "D".

6. A true and correct copy of the Declaration of National State of Emergency by President Donald Trump is attached to Defendants' Request for Judicial Notice as Exhibit "E".

7. A true and correct copy of California Executive Order N-27-20 signed by Governor Newsom is attached to Defendants' Request for Judicial Notice as Exhibit "F".

8. A true and correct copy of Defendant's Notice of Removal filed June 1, 2021, is attached to Defendant's Request for Judicial Notice as Exhibit "H."

9. A true and correct copy of the March 10, 2020 Declaration of United States Health and Human Services Secretary invoking the Public Readiness and Emergency Preparedness Act for the COVID-19 pandemic effective February 4, 2020 is attached to Defendants' Request for Judicial Notice as Exhibit "I."

10. A true and correct copy of the April 10, 2020, Amended Declaration of the United States Health and Human Services Secretary extending liability immunity to additional covered countermeasures authorized under the Coronavirus Aid, Relief and Economic Security ("CARES") Act (i.e., NIOSH approved respiratory protective devices), effective March 27, 2020 is attached to Defendants' Request for Judicial Notice as Exhibit "J."

11. A true and correct copy of the June 4, 2020, Second Amendment to Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19, Federal Register, Vol. 85, No. 110 is attached to Defendants' Request for Judicial Notice as Exhibit "K."

12. A true and correct copy of the January 8, 2020, CDC Health Update regarding the Outbreak of Pneumonia of Unknown Etiology (PUE) in Wuhan China, is attached to Defendants' Request for Judicial Notice as Exhibit "L."

13. A true and correct copy of the January 17, 2020 CDC Interim Infection Prevention and Control Recommendations for Patients with Known or Patients Under Investigation for 2019 Novel Coronavirus (2019-n-coV) in a Healthcare Setting, is attached to Defendants' Request for Judicial Notice as Exhibit "M."

14. A true and correct copy of the January 24, 2020 CDC Interim Infection Prevention and Control Recommendations for Patients with Known or Patients Under Investigation for 2019 Novel Coronavirus (2019-n-coV) in a Healthcare Setting, is attached to Defendants' Request for Judicial Notice as Exhibit "N."

15. A true and correct copy of the February 1, 2020 CDC Health Update and Interim Guidance on the Outbreak of 2019 Novel Coronavirus (2019-n-coV) is attached to Defendants' Request for Judicial Notice as Exhibit "O."

16. True and correct copies of the California Department of Public Health ("CDPH") All Facilities Letters (AFLs) pushing out the information and directives issued by the CDC with respect to identification of PUI and infection prevention and control; AFLs 20-09, 20-10, 20-11, 20-13, and 20-15, are attached collectively as Exhibit "P" to Defendants' Request for Judicial Notice.

17. A true and correct copy of the Centers for Medicare and Medicaid Services ("CMS") February 6, 2020 Memorandum QSO 20-09-ALL instructing healthcare providers to adhere to CDC directives regarding the use of standard, contact and airborne precautions when interacting with PUI, is attached to Defendants' Request for Judicial Notice as Exhibit "Q."

18. A true and correct copy of the February 28, 2020, CDC Health Update and Interim Guidance on the Outbreak of 2019 Novel Coronavirus (COVID-19) is attached to Defendants' Request for Judicial Notice as Exhibit "R."

19. A true and correct copy of the March 3, 2020, CDC Strategies to Prevent the Spread of COVID-19 in Long-Term Care Facilities (LTCF), is attached to Defendants' request for Judicial Notice as Exhibit "S."

20. A true and correct copy of the March 3, 2020, CDPH All Facilities Letter AFL 20-17, is attached to Defendants' Request for Judicial Notice as Exhibit "T."

21. A true and correct copy of the March 4, 2020, CMS Memorandum Infection Control and Prevention of Coronavirus Disease 2019 (COVID-19) in Nursing Homes- QSO 20-14-NH, is attached to Defendants' Request for Judicial Notice as Exhibit "U."

22. A true and correct copy of the March 8, 2020 CDC Updated Guidance on Evaluating and Testing Persons for Coronavirus Disease 2019 (COVID-19), is attached to Defendants' Request for Judicial Notice as Exhibit "V."

23. A true and correct copy of the March 10, 2020 CDC Interim Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings is attached to Defendants' Request for Judicial Notice as Exhibit "W."

24. A true and correct copy of the March 10, 2020, CMS Memorandum QSO 20-17-ALL-Guidance for use of Certain Industrial Respirators by Health Care Personnel, is attached to Defendants' Request for Judicial Notice as Exhibit "X."

25. A true and correct copy of the March 11, 2020 CDPH All Facilities Letter AFL 20-22 is attached to Defendants' Request for Judicial Notice as Exhibit "Y."

26. A true and correct copy of the March 13, 2020 CMS Memorandum QSO-20-14-NH-Guidance for Infection Control and Prevention of Coronavirus Disease 2019 (COVID-19) in Nursing Homes (REVISED), is attached to Defendants' Request for Judicial Notice as Exhibit "Z."

27. True and correct copies of the March 17, 2020 CDC documents containing strategies for the optimizing the supply of eye protection, isolation gowns, N95 respirators and face masks, are collectively attached to Defendants' Request for Judicial Notice as Exhibit "AA."

1  28. A true and correct copy of the March 20, 2020 CMS Memorandum QSO 20-20-ALL Prioritization of Survey Activities, is attached to Defendants' Request for Judicial Notice as Exhibit "BB."

29. A true and correct copy of the March 21, 2020, CDC publication entitled "Preparing for COVID-19: Long-term Care Facilities Nursing Homes," is attached to Defendants' Request for Judicial Notice as Exhibit "CC."

30. A true and correct copy of the April 2, 2020 CMS COVID-19 Long Term Care Facility Guidance, is attached to Defendants' Request for Judicial Notice as Exhibit "DD."

31. A true and correct copy of the Department of Health & Human Services, Office of the Secretary, General Counsel Advisory Opinion on the Public Readiness and Emergency Preparedness Act and The March 10, 2020 Declaration Under the Act, April 17, 2020, as modified on May 19, 2020. is attached to Defendants' Request for Judicial Notice as Exhibit "EE."

32. A true and correct copy of the List of Covered Countermeasures subject to Emergency Use Authorizations by the United States Food and Drug Administration which is attached to the April 17, 2020 Advisory Opinion is attached to Defendants' Request for Judicial Notice Exhibit "FF."

33. A true and correct copy of the Advisory Opinion 20-04, issued October 22, 2020 as amended October 23, 2020, by General Counsel for the Department of Health & Human Services, Office of the Secretary, is attached Defendants' Request for Judicial Notice as Exhibit "GG."

34. A true and correct copy of Advisory Opinion 21-01 on the Public Readiness and Emergency Preparedness Act Scope of Preemption Provision January 8, 2021, issued by General Counsel for the Department of Health & Human Services, Office of the Secretary, is attached to Defendants' Request for Judicial Notice o as Exhibit "HH."

35. A true and correct copy of the December 3, 2020, Fourth Amendment to Declaration of Health and Human Services Secretary Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19 is attached Defendants' Request for Judicial Notice as Exhibit "II."

-5-
**DECLARATION OF KIM S. CRUZ IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND

36. A true and correct copy of the Fifth Amendment to Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19, is attached to Defendants' Request for Judicial Notice as Exhibit "JJ."

37. A true and correct copy of the August 14, 2020, Letter by General Counsel for the Office of the Secretary of the Department of Health and Human Services, to Thomas Barker of Foley Hoag, LLP is attached Defendants' Request for Judicial Notice as Exhibit "KK."

38. A true and correct copy of the March 30, 2020, California Department of Public Health All Facilities Letter, AFL 20-32 is attached Defendants' Request for Judicial Notice as Exhibit "LL."

39. A true and correct copy of the April 6, 2020 CDC publication "Mitigate Healthcare Personnel Staffing Shortages" is attached to Defendants' Request for Judicial Notice as Exhibit "OO."

40. A true and correct copy of the April 13, 2020 CDPH All Facilities Letter AFL 20-39, notifying long-term care facilities of the latest CDC directives relating to the optimization of PPE supplies and advising facilities to review the strategies, is attached to Defendants' Request for Judicial Notice as Exhibit "PP."

41. A true and correct copy of the Department of Health and Human Services' Notice of Designation of Scarce Materials Subject to COVID-19 Hoarding Preventative Measures, 85 Fed. Reg. 17592, is attached to Defendants' Request for Judicial Notice as Exhibit "QQ."

42. A true and correct copy of the Court' ruling on Defendant's Motion to Dismiss in *Rachal v. Natchitoches Nursing & Rehabilitation Center, LLC*, 1:21-CV-00334 (W.D. La. Apr. 30, 2021).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 22, 2021

                                 /s Kim S. Cruz
                                  Kim S. Cruz

<u>*Marx Ford, individually and as SII to the Estate of Gennie Price, et al. v. Redwood Springs Healthcare Center, et al.*</u>
**United States District Court, Eastern District of California**
**Case No. 1:21-cv-00871-NONE-SAB**
\*\*\*
**PROOF OF SERVICE**

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 12555 High Bluff Drive, Suite 270, San Diego, California 92130.

On **July 22, 2021**, I served the foregoing documents, described in this action as:

- **DECLARATION OF KIM S. CRUZ IN SUPPORT OF DEFENDANT SPRUCE HOLDINGS, LLC dba REDWOOD SPRINGS HEALTHCARE CENTER'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

addressed as follows:

Warren R. Paboojian, Esq.
Jason S. Bell, Esq.
Baradat & Paboojian, Inc.
720 West Alluvial Avenue
Fresno, CA 93711
T: 559.431.5366
F: 559.431.1702
Email: wrp@bplaw-inc.com
Email: jsb@bplaw-inc.com
*Counsel for Plaintiffs*

**[X]   By CM/ECF ELECTRONIC DELIVERY:**   In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

**[X]   STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 22, 2021** at San Diego, California.

*F. Villalpando*
_____
Felicia Villalpando

**PROOF OF SERVICE**