UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARX FORD et al., <br><br> Plaintiffs, <br><br> v. <br><br> REDWOOD SPRINGS HEALTHCARE CENTER, et al., <br><br> Defendants. | No. 1:21-cv-00871-DAD-SAB <br><br> ORDER GRANTING JOINT STIPULATION TO REMAND AND REMANDING ACTION TO TULARE COUNTY SUPERIOR COURT |

This matter was removed to this court from Tulare County Superior Court on June 1, 2021 by defendant Spruce Holdings, LLC d/b/a/ Redwood Springs Healthcare Center on the basis of federal officer jurisdiction and federal question jurisdiction pursuant to 28 U.S.C. § 1331 and the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d and 247d-6e (2006). (Doc. No. 1.) On December 15, 2021, this court entered an order staying this action pending the Ninth Circuit's ruling in *Saldana v. Glenhaven Healthcare LLC*, No. 20-56194. (Doc. No. 16.) On May 20, 2022, this court issued a minute order directing defendant to show cause why this action should not be remanded in light of the Ninth Circuit's decision in *Saldana*. (Doc. No. 21.) On May 27, 2022, the parties filed a joint stipulation to remand this matter to the Tulare County Superior Court. (Doc. No. 22.)

/////

Good cause appearing, the court therefore adopts the parties' stipulation and directs that this matter be remanded to the Tulare County Superior Court. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 2, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2